

# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

## COMPLAINT FORM

WILFRED RIVERA JR

Full name(s) of Plaintiff(s)
(Do not use *et al.*)

Case No. __3:23-cv-221_____

(To be supplied by the Court)

v.

NCB

Management Services Incorporated

NMLS ID: 209072

Full names of Defendant(s)
(Do not use *et al.*)

## A. PARTIES

1. __WILFRED RIVERA JR_____ is a citizen of __CONNECTICUT_____ who
   (Plaintiff)                              (State)
   presently resides at P.o box 260222 Hartford CT 06126 _____.
                        (mailing address)

2. Defendant __NCB Management ServicesIncorporated__ is a citizen of __Pennsylvania__
             (name of first defendant)                           (State)
   whose address is __One Allied Drive Trevose, PA 19053_____.

3. Defendant NCB Management Services Incorporated is a citizen of Pennsylvania

(name of second defendant)                                    (State)

whose address is One Allied Drive Trevose, PA 19053 _____.

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's identity and complete address.)

## B. JURISDICTION

The jurisdiction of this court is invoked pursuant to: (list statute(s))

HARTFORD COUNTY

_____

_____

## C. NATURE OF THE CASE

**BRIEFLY** state the background of your case.

NCB is a third party debt collector who is associated and has conducted business with BANK OF AMERICA as a client who has violated the FDCPA in multiple counts and who has also committed FRAUD Debt Collection BUSINESS in the state of CONNECTICUT for attempting and alleging they have the right to collect on alleged debt. NCB has also committed acts of RAKETEERING under TITTLE 18 USC 892 and 18 USC 1962 for attempting to collect money by an extortionate extension of credit through OBSCENE MATTERS. NCB has been DEMANDED to validate the alleged debt and their authority to collect under 15 USC 1692g and have FAILED TO DO SO and have returned their purchased account back to their client Bank Of America. NCB has not responded and validated any alleged debt instead ceased collection practices when their FRAUD was made obvious. NCB is in major violation of the FDCPA and Racketeering under 18 USC  and 18 USC 1962 for attempting to collect money through obscene matters on an extension of credit defined under 15 USC 1605 where a FINANCE CHARGE was conducted and has violated me and harassed me sending me a debt letter to coerce payment.

## D. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities or my rights under a federal statute have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

**Claim I:**    NCB Management Services Incorporated has violated the FDCPA willfully.
_____

NCB Management Services Incorporatedis liable for remedy under 15 USC 1692k
_____

_____

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

**Claim II:**    NCB Management Services Incorporated
_____

Has committed FRAUD and RACKETEERING by attempting to collect money through obscene matters
_____

by an extortionate extension of credit and have returned the client account when FRAUD was obvious
_____

Supporting Facts:

# Racketeering & FDCPA Violations Claim Against NCB

MANAGEMENT SERVICES INCORPORATED is a debt collector defined under 15 USC 1692(a)(6) which states <u>a debt collector is any person who uses instrumentality of interstate commerce, such as the mails, in any business which the principal purpose is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.</u> MANAGEMENT SERVICES INCORPORATED has has attempted to collect on an alleged debt proving so as you can see my their initial form of communication.. I will also use NCB to refer to the full name of NCB MANAGEMENT SERVICES INCORPORATED.

- MANAGEMENT SERVICES INCORPORATED is in violation under Tittle 15 USC 1692a and 12 CFR 1002 for violating my federally protected to RIGHT TO PRIVACY by obtaining my non-public identifying information without PERMISSBILE PURPOSE AND CONSENT. Under 15 USC 6821a It shall be a violation of this subchapter for any person to obtain or attempt to obtain, or cause to be disclosed or attempt to cause to be disclosed to any person, customer information of a financial institution relating to another person— (2)by making a false, fictitious, or fraudulent statement or representation to a customer of a financial institution. MANAGEMENT SERVICES INCORPORATED has made a fictitious representation stating that I owe an alleged debt to them when there is no binding contract of equal consideration between I and said company to give authority to collect on any debt and obtain my identifying information without my given consent stating they can legally do so simply because they purchased the debt or are partnered with the alleged original creditor which is another violation under 15 USC 1692e(12)

- MANAGEMENT SERVICES INCORPORATED is in violation under **Tittle 18 USC 892** and **18 USC 1962** for Racketeering (RICO) **15 USC 892a** which states (a)Whoever makes any extortionate extension of credit, or conspires to do so, shall be fined under this title or imprisoned not more than 20 years (A)one or more extensions of credit had been collected or attempted to be collected by extortionate means, or the nonrepayment thereof had been punished by extortionate means. MANAGEMENT SERVICES INCORPORATED has in fact committed extortionate means of collection of an extension of credit because they have no authority nor contract to collect any debt with I the consumer and have acquired my identifying information in order to coheirs payment from me on a debt deriving from an extension of credit. Under **18 USC 1692(a)**It shall be unlawful for any person who has received any income derived, directly or indirectly, from a pattern of <u>racketeering activity</u> or through collection of an <u>unlawful debt</u> in which such person has participated as a principal within the meaning of section 2, title 18, United States Code, to use or invest, directly or indirectly, any part of such income, or the proceeds of such income, in acquisition of any interest in, or the establishment or operation of, any enterprise which is engaged in, or the activities of which affect, interstate or foreign commerce. The Debt MANAGEMENT SERVICES INCORPORATED has attempted to collect is in fact unlawful because all debt is the obligation of the Unites States under **Tittle 18 USC 8 due to HJR 192 1933.** MANAGEMENT SERVICES INCORPORATED has no authority on behalf of the United states to collect on a debt that is the obligation of the corporation there for making this alleged debt unlawful and a form of Racketeering and collection by obscene matters. Due to HJR 192 of 1933 there is no real money in circulation and all debt is the obligation of the corporation so what debt is MANAGEMENT SERVICES INCORPORATED attempting to collect and on behalf of the UNITED STATES? Sense there is no lawful debt in the matter said company is in fact attempting to create an extortionate extension of credit on behalf of Bank Of America. MANAGEMENT SERVICES INCORPORATED dba NCB claims the debt allegedly came from Bank Of America but in fact Bank Of America has conducted a common credit transaction with I the consumer and conducted a FINANCE CHARGE defined under **15 USC 1605** with my credit card (social#) defined under **15 USC 1602** which states "SUM of all charges" there for all is actually paid leaving no legal debt to be collected on. MANAGEMENT SERVICES INCORPORATED has attempted to collect on a extension of credit and has entered into contract with Bank Of America to in general violate me under the FDCPA and state I owe a debt to them. Said Company has not proven the validity of any debt accordingly to 15 USC 1692g and to my demands but has only proven there was a FINANCE CHARGE. NCB is in violation of the FDCPA under 15 USC 1692b(2) which states Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall—(2) not state that such

consumer owes any debt". NCB has in fact stated in their offer that "this is an attempt to collect a debt"

- NCB is stating the collection of the alleged debt is on behalf of Bank Of America but the letter shows pay to NCB which is false and deceptive therefor a violation of 15 U.S.Code § 1692e(10). I'm confused who the alleged debt is owed to but in fact NCB has entered into a contractual agreement with Bank Of America taking ownership of the alleged debt and trying to collect from me but stating that it is on behalf of Bank Of America to coerce payment.
- There has been fraud found in the offer shown in EXHIBIT A because it claims there is an alleged debt owed but the amount is represented in the positive leading me to believe I am receiving a check. This offer is therefore false and deceptive, void documentation and a violation of 15 U.S.Code § 1692j by NCB. This is an attempt to collect a debt by obscene matters there for falling under Racketeering means.
- NCB is in willful FEDERAL violation according to 15 USC 1611 & 1640. as shown in EXHIBIT A they state and have reference to the CFPB Federal laws so there for shall have competency of the laws and yet willfully Federally violate me in numerous counts and are fully aware of their Racketeering measures.
- NCB as shown in Exhibit A have claimed that they have the authority to collect on behalf of Bank Of America because they instead been given the account to collect on which is **false and a lie.** This is a violation under 15 USC 1692e(12)The false representation or implication that accounts have been turned over to innocent purchasers for value. NCB in their response have also removed themselves from collection attempts on behalf of Bank OF America which indicates they are aware of their Racketeering means and are trying to remove themselves from liability. If they have the authority to collect on a debt and have provided sufficient evidence of the debt then **WHY** have they removed themselves from collection??
- NCB are in violation under 15 USC 1692e(14)The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization" for stating the alleged original creditor is Bank Of America but collecting on a debt in their business name and payment methods.

- Under 15 USC 1692c(a) NCB needs prior consent from either the court or the consumer before communication with the collection of any debt WHICH THEY DO NOT HAVE so are in violation under this law.

NCB are in violation under 15 USC 1692d(2) "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt. Without limiting the general application of the foregoing, the following conduct is a violation of this section:

•The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader." NCB stating "this is an attempt to collect a debt" is obscene language (7 counts)to me and has made me feel threatened and harassed because I did not conduct any business with them and yet they have furnished an account on my behalf and tried to coerce payment from me.

Notice, it is a fact, affiant is aware, If judgment is made against NCB I, the affiant, can and will pursue class action for the amount of 500,000 to 1% of your company in accordance with 15 U.S.Code § 1692k(a)(2)(B) 15 U.S.Code § 1692k(a)(2)(B) 15 USC 1692k(a)(2)(A)15 USC 1692k(a)(2)(B)

•Notice, it is a fact, affiant is aware, when debt is not secured by real property, NCB can only sue if the contract authorizes the ability for the debt collector to sue the affiant. I, the affiant, did not sign to any such contract to authorize a lawsuit against me and this legal action would be a violation of 15 U.S.Code § 1692i(a)(2) as well as under 15 USC 1692e(7) where consumer cannot commit a crime.

•Notice, it is a fact, affiant did not give prior consent to communication to the debt collector, NCB and the affiant alleges there was no prior consent from a court giving permission to contact I, the affiant in collection of any debts and thus this communication would be NCB is a violation of 15 U.S.Code 1692c(a) without a court order brought forth.

- Notice, it is a fact, affiant is aware in accordance with 16 C.F.R. § 433.3 NCB is not exempt from any claims or defenses as described in 16 C.F.R. § 433.2(a) as I, the affiant, may invoke, his rights as the debtor in this consumer credit contract against NCB for the unfair and deceptive practices as shown in this EXHIBIT A herein as no contract after the date of November 1, 1977 is exempt from 16 C.F.R. § 433.3.

- Notice, it is a fact, affiant is aware, in the head of the agency or its private attorney pursuant to 28 U.S.Code § 3002(1)(B) needs a contract with a to collection service to recover or locate indebtedness owed by the United States Govt in accordance with 18 U.S.Code § 8. Notice, it is a fact, affiant is aware, in the head of the agency involved in the collection of debts or collection activity when they perform any of the following conduct; administrative offset, tax refund offset, referral to private collection contractors, referral to agencies operating a debt collection center, reporting delinquencies to credit reporting bureaus, garnishing wages, and litigation or foreclosure. If NCB has filled out a 1099c form and is continuing any of these activities they have committed tax fraud and should be reported to the IRS for a fraudulent financial gain

- NCB is in violation under 15 USC 1644 for fraudulent use of my credit card which is defined under tittle 15 USC 1602 without my consent and permissible purpose which is fined for no less than $10,000 or imprisoned no more than 10 years as shown in EXHIBIT A. NCB have acquired my identifying information like my credit card defined under 15 USC 1602 to assemble my name , address and telephone number without consent and or binding contract to furnish an account and coheirs payment which is in commerce through obscene matters which is clear on EXHIBIT A.

•Again NCB is in clear activity of Racketeering for attempting an extortionate extension of credit trying to collect money on a alleged debt that is under the obligation of the UNITED STATES under 18 USC 8 due to HJR 192 1933 that resulted out of a CONSUMER CREDIT TRANSACTION where a FINANCE CHARGED(sum of all charges 15 USC 1605) was applied using my credit card defined under 15 USC 1602. Not only is NCB involved in Racketeering but have also violated the FDCPA on numerous accounts and are liable under 15 USC 1692k

•NCB have DONE NOTHING BUT PROVE THERE WAS AN EXTENSION OF CREDIT UNDER A FINANCE CHARGE INVOLVING MY CREDIT CARD and have tried to collect money by an extortionate extension of credit when in reality there is no lawful debt under HJR 192 1933 and all obligation of debt is due to the corporation under 18 USC 8

•Again if NCB have the authority to collect and there is in fact a legal debt to collect and there is no Racketeering going on, why has NCB removed themselves from liability and arrangement with Bank Of America to further collect on this alleged debt?, which is proven in EXHIBIT B.

••Under this FEDERAL LAW 15 USC 1692e YOU CANNOT BE A DEBT COLLECTOR AND ATTORNEY AT THE SAME TIME NOR BE REPRESENTED BY ONE. These violations have violated my BILL OF RIGHTS infringed on my safety and pursuit to happiness as described in the constitution by the financial misconduct of the FEDERAL SYSTEM OF COMMERCE by NCB aka NCB Management Services Inc.

18 USC 892
18 USC 1962
18 USC 8
28 USC 3002
28 USC 3002 1(b)

As shown in the documents you can see NCB Management Services
Incorporated have claimed they been given the account to collect on but
referred Bank Of America meaning business was conducted and something
was sold. NCB has violated my BILL OF RIGHTS because such business
misconduct has infringed on my safety and pursuit to happiness as described in
the constitution due to the misconduct of the FEDERAL SYSTEM OF
COMMERCE. NCB Management Services Incorporate business practices have
shown no regard to Federal Law & caused me lost of mental ease and massive
anxiety to where I have been not fit to perform my daily labor responsibilities.

## E. REQUEST FOR RELIEF

WHEREFORE, plaintiff demands: (state the relief you seek)

$171,000

for FDCPA violations on 7 counts x $1,000

15 USC 1644 violation x $10,000

Costing me 32 hours of my labor responsibilities due to mental anguish x $2,000 per
hour I deem.

Costing me 25 hours of my time outside of my life duties in order to deal with the matter
and respond and gather all documents x $2,000 per hour I deem.

1000 per word I deem obscene and abusive under 15 USC 1692d(2) $1,000 per word
("NCB Management Services Incorporated is a debt collector. We are trying to collect a
debt you owe to BANK OF AMERICA. We will use any information you give us to collect
the debt"(1,000x31=$31,000)

$3000 for neglect and refusal to settle the matter INGOODFAITH causing inconvenience
$6000 for 2nd neglect and refusal to settle the matter INGOODFAITH

## F. JURY DEMAND

Do you wish to have a jury trial? Yes          No  NO

_____
Original signature of attorney (if any)

_____
Printed Name

_Alfred de' Ruvera_
**Plaintiff's Original Signature**

Wilfred-Jr! Rivera
Printed Name

(   )
Attorney's full address and telephone

Email address if available

(860) 983-8975
Plaintiff's full address and telephone

Will.abundance@yahoo.com
Email address if available

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at __Hartford County__ on __02/21/23__.
              (location)                (date)

_Alfred de' Ruvera_
**Plaintiff's Original Signature**

(Rev.3/29/16)

5


**Management Services Incorporated**

PO Box 1099
Langhorne, PA 19047
877-304-6426
www.ncbi.com

To: Wilfred J Rivera
PO Box 260222
Hartford, CT 06126-0222

J - 1644
1692(a)

Reference: NCB File # 1010373322

01692G

Mon-Thur: 8am-7pm | Fri: 8am-5pm Eastern

1692b(2)    November 08, 2022    1692 f(1)    1692 e(10)

**NCB Management Services, Inc. is a debt collector.** We are trying to collect a debt that you owe to Bank of America, N.A. We will use any information you give us to help collect the debt.

## Our information shows:

You had an account with Bank of America, N.A. with account number XXXXXXXXXXXX0101 which was charged off on October 26, 2022.    1692j

| | |
|---|---|
| As of October 26, 2022 you owed: | $444.47 |
| Between October 26, 2022 and today: | |
| You were charged this amount of interest: | +$.00 |
| You were charged this amount of fees: | +$.00 |
| You paid or were credited this amount toward the debt: | -$.00 |
| **Total amount of the debt now:** | **$444.47** |

1692 f(1)

## How can you dispute the debt?

- **Call or write to us by December 23, 2022 to dispute all or part of the debt.** If you do not, we will assume that our information is correct.

- **If you write to us by December 23, 2022**, we must stop collection on any amount you dispute until we send you information that shows you owe the debt. You may use the form below or write to us without the form. You may also include supporting documents. We accept disputes electronically at info@ncbi.com.

## What else can you do?

- **Write to ask for the name and address of the original creditor, if different from the current creditor.** If you write by December 23, 2022, we must stop collection until we send you that information.You may use the form below or write to us without the form. We accept such requests electronically at info@ncbi.com.

- Go to **www.cfpb.gov/debt-collection** to learn more about your rights under federal law. For instance, you have the right to stop or limit how we contact you.

- Contact us about your payment options.

1692 f(1)

1611
1640

willful violation of FDCPA

15 U2 1692c(a)

Wilfred-Jr.Rivera
P.O.Box260222
Hartford CT 06126

To MANAGEMENT SERVICES INCORPORATED.
P.O BOX 1099 LANGHORNE PA 19047

Attention CFO : Mike Johnson

DATE: 11/20/2022

# NOTICE TO VALIDATE ALLEGED DEBT

I agent, Wilfred-Jr:Rivera am here on behalf of principle WILFRED RIVERA JR
hereby request you, GATESTONE & CO to validate this alleged debt for
accounts ending in 1010373322 by providing **ALL** of the following :

1. **Original contract with the wet signature of the principle**
2. **The complete accounting ledger**
3. **Proof of a lien via UCC-11 on the property**
4. **All the material disclosures**
5. **The copy of the proof of Identity that was used as satisfactory evidence
   (current document issued by a federal, or state agency bearing the
   photographic image of the individuals face and either the signature or a
   physical description of the individual).**

Notice in fact, you must provide **ALL** demanded information and failure to do so will result
MANAGEMENT SERVICES INCORPORATED. defaulting and the alleged debt being in fact
noncollectable. You have 7 business days from receipt of this letter to perform these duties.
If you can not do so in the allotted time. Please provide a written detail description of why
this was not achievable.  Thank you for your cooperation in this matter.

Under 15 USC 1692g I DEMAND you validate the alleged debt. You are required to stop all
collection attempts until you provide the information requested.

Wilfred-Jr:Rivera
Authorized Agent

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

**Start a new complaint**

‹ All complaints (.)

# 221123-9812522

**CLOSED**

✓ Submitted

**STATUS**

Submitted to the CFPB on 11/22/2022

**PRODUCT**

Debt collection

**ISSUE**

Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

MANAGEMENT SERVICES INCORPORATED. CORPORATE has sent me a debt collection letter in attempt to collect a alleged debt stating they are financial partners with AMERICAN EXPRESS. Notice it is a factMANAGEMENT SERVICES INCORPORATED. CORPORATE is a debt collector and falls under FDCPA. Notice it is a fact BANK OF AMERICA has charged off the alleged debt and has sold it to MANAGEMENT SERVICES INCORPORATED has violated me on multiple occasions under the FDCPA and are liable for damages under 15 USC 1692k-15 USC 1611 and 15 USC 1640.I have DEMANDED validation of debt under 15 USC 1692g and MANAGEMENT SERVICES INCORPORATED. MANAGEMENT SERVICES INCORPORATED has committed numerous Federal Violations against me the consumer and is attempting to collect a alleged debt through obscene matters under 18 USC 892 because anything coming from a consumer credit transaction is a FINANCE

CHARGE which is the SUM OF ALL CHARGEs meaning any extension and any alleged debt coming from that extension of credit is already paid and any recollection attempts is a violation under 18 USC 892 and a violation under Racketeering.

**ATTACHMENTS**

Invoice NCBI.pdf (35.4 KB)

NCBI AFFIDAVIT.pdf (29.8 KB)

Queen's Gambit Opening NCBI.pdf (162.6 KB)

20221121_171443.jpg (2.4 MB)

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 11/22/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 12/1/2022

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Thank you for submitting your concerns and providing us an opportunity to respond. On November 5, 2022, Bank of America, N.A (Bank of America) placed your account with NCB Management Services Inc (NCB) for collections. NCB respectfully disagrees with the allegations contained in your compliant.

On November 8, 2022, NCB mailed you our initial letter notifying that your account had been placed with NCB for collection. We can confirm that NCB did not purchase your account, and as a servicer, has never credit reported this account to a credit reporting agency. On November 15, 2022, Bank of America notified NCB they had received your request for validation documents for this account. In response to that notification, on November 16, 2022, NCB immediately placed your file on hold and ceased all collection activity while we waited for Bank of America to respond to your request and provide us with further directions. This complaint was received by NCB on November 23, 2022 while the account was on hold and was the first request for debt validation you had communicated directly to NCB. On the same day the complaint was received, NCB notified Bank of America of your complaint and continued to observe the cease on collection activity. On November 25, 2022, your account was returned to Bank of America and closed in our offices. NCB is no longer servicing your account. Bank of America will respond directly to your debt validation request as NCB is no longer servicing your account. *? ? ?*

*Realized their Racketeering practices and attempted to remove themselves from liability. I requested debt validation from them not Bank of America which I also recieved no responce*

## Feedback requested

**STATUS**

Feedback requested on 12/1/2022

**FEEDBACK DUE**

1/30/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

Submit your feedback

## Closed

The CFPB has closed your complaint.



**ADDITIONAL TOOLS AND RESOURCES**

Debt Collection (https://www.consumerfinance.gov/consumer-tools/debt-collection/)

---

Privacy Act Statement

OMB #3170-0011

Note on user experience

Have a question? ¿Preguntas?

(855) 411-2372

TTY/TTD: (855) 729-2372

8 a.m. to 8 p.m. ET, Monday through Friday
(except federal holidays). (https://www.opm.gov/policy-data-oversight/pay-leave/federal-holidays/#url=Overview)

More than 180 languages available.

An official website of the United States Government

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

**Start a new complaint**

---

❮ All complaints (.)

# 221204-9880553

**CLOSED**

 Submitted

**STATUS**

Submitted to the CFPB on 12/4/2022

**PRODUCT**

Debt collection

**ISSUE**

Attempts to collect debt not owed

## We received your complaint. Thank you.

We will review your complaint. Depending on what we find, we will typically:

- Send your complaint to the company for a response; or
- Send your complaint to another state or federal agency, or help you get in touch with your state or local consumer protection office; or
- Let you know if we need more information to continue our work.

---

**YOUR COMPLAINT**

------UPDATE TO CLAIM # 221123-9812522 ------- MANAGENEBT SERVICES INCORPORATED has responded to my CFPB complaint stating that they have NOT attempted to collect any debt and that they disagree with my claims on their violations under the FDCPA. MANAGENEBT SERVICES INCORPORATED according to their response has removed themselves from liability under the violations of the FDCPA which they remain liable to pay remedy under 15 USC 1692k. Notice it is a fact MANAGENEBT SERVICES INCORPORATED has sent a letter REQUESTING PAYMENT OF AN ALLEGED DEBT even tho they state they have not attempted to collect any debt. MANAGENEBT SERVICES INCORPORATED has violated multiple federal laws under FDCPA and has been put on notice by AFFIDAVIT and demanded under 15 USC 1692g to validate the alleged debt to which they state they will no longer attempt to collect which leads me to believe this was an attempt to make an

extortionate extension of credit by trying to collect money on a CONSUMER FINANCE CHARGE which is a violation under 18 USC 892 and is in fact committing RAKETEERING which is a violation under 18 U.S. Code 1962 -RICO. MANAGENEBT SERVICES INCORPORATED is here by put on NOTICE of Federal Violations Under the FDCPA and under RAKETEERING for attempting to collect money by obscene matters and attempting to make an extortionate extension of credit and has lied in their response stating they have not attempted to do so but in fact have done so as shown in EXHIBIT A. I am willing to settle this matter IN GOOD FAITH if MANAGENEBT SERVICES INCORPORATED pays I the consumer by cashiers check only in the amount of $20,000 to address P.o box 260222 Hartford CT 06126 for the violations under the FDCPA under 15 USC 1692k and for showing lack of regard and respect to I the consumer and Consumer Financial Protection Bureau by lying.

**ATTACHMENTS**

20221204_092343.jpg (1.2 MB)

Invoice NCBI.pdf (35.4 KB)

Queen's Gambit Opening NCBI.pdf (162.6 KB)

NCBI Response..pdf (24.9 KB)

20221204_012903.jpg (2.1 MB)

View full complaint ⊕

## ✓ Sent to company

**STATUS**

Sent to company on 12/23/2022

We've sent your complaint to the company, and we will let you know when they respond.

Their response should include the steps they took, or will take, to address your complaint.

Companies generally respond in 15 days. In some cases, the company will let you know their response is in progress and provide a final response in 60 days.

## ✓ Company responded

**STATUS**

Company responded on 1/5/2023

**RESPONSE TYPE**

Closed with explanation

## Company's Response

Thank you for submitting your concerns and providing us an opportunity to respond. NCB respectfully disagrees with the allegations contained in your complaint. NCB confirmed in our first response to CFPB 221123-9812522 that on November 8, 2022, we mailed you our initial letter notifying that your account had been placed with NCB for collection. We also advised that on November 15, 2022, Bank of America notified NCB they had received your request for validation documents for this account. In response to that notification, on November 16, 2022, NCB immediately placed your file on hold and ceased all collection activity while we waited for Bank of America to respond to your request and provide us with further directions. Your account was still on hold when your first CFPB Complaint 221123-9812522 was received on November 23, 2022. Our records confirm there was no collection activity by NCB after your account was placed on hold on November 16, 2022. As stated in our response to your first CFPB complaint 221123-9812522, your account was recalled by Bank of America on November 25, 2022 and NCB is no longer servicing your account. Should you have any further concerns, please contact Bank of America directly at (866) 500-5594.

## Feedback requested

**STATUS**

Feedback requested on 1/5/2023

**FEEDBACK DUE**

3/6/2023

## Provide feedback about the company's response

We welcome your feedback on how the company responded to your complaint. You will have 60 days from when the company responded to share your feedback. The CFPB will share your feedback responses with the company and use the information to help the CFPB's work with consumer complaints.

  Submit your feedback

## Closed

The CFPB has closed your complaint.



| UPS | EMPLOYEE NAME | | | WORK LOCATION | | | ADVICE NO. |
|---|---|---|---|---|---|---|---|
| | WILFRED RIVERA JR. | | | 1021 CTHAR HUB 0619  N | | | 1021364780 |
| | EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | | STATE RES STATUS | ADVICE DATE |
| | | XXX-XX-9889 | S | S  00 | | | 12/23/2022 |
| | EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | | 12/11/2022 | 12/17/2022 | 764.40 | 156.72 | 0.00 | 607.68 |

| EARNINGS | | | | | TAXES  -  DEDUCTIONS  -  MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION - RATE - MILES - HOURS - GROSS PAY | | | | DESCRIPTION  -  CURRENT  -  YEAR-TO-DATE | | | |

```
          CURRENT PAY RATE     20.80
REGULAR   20.800        23.25        483.60
OVERTIME  31.200         9.00        280.80
TOTAL HOURS WORKED      32.25
CURRENT TOTALS                       764.40
Y-T-D TOTALS        1,063.54      22,491.48
```

```
                         TAXES
FICA                      47.39      1,394.47
FICA MEDICARE             11.09        326.13
FEDERAL TAX              67.81      1,575.62
ST TAX- CT               26.61        407.35
CT FAM LV TAX             3.82        112.44
    TOTALS              156.72
```

Basic work week + extra hours

          OPD  0.00  H                    OTH  8.00  H

| UPS | EMPLOYEE NAME | | | WORK LOCATION | | | ADVICE NO. |
|---|---|---|---|---|---|---|---|
| | WILFRED RIVERA JR. | | | 1021 CTHAR HUB 0619  N | | | 1021475691 |
| | EMPLOYEE I.D. | TAX I.D. | FEDERAL STATUS | STATE WORK | | STATE RES STATUS | ADVICE DATE |
| | | XXX-XX-9889 | S | S  00 | | | 01/13/2023 |
| | EARNINGS STATEMENT | PERIOD BEGIN | PERIOD END | TOTAL EARNINGS | TOTAL TAXES | TOTAL DEDUCTIONS | NET AMOUNT |
| | | 01/01/2023 | 01/07/2023 | 83.20 | 6.78 | 53.00 | 23.42 |

| EARNINGS | | | | | TAXES  -  DEDUCTIONS  -  MISC | | |
|---|---|---|---|---|---|---|---|
| DESCRIPTION - RATE - MILES - HOURS - GROSS PAY | | | | DESCRIPTION  -  CURRENT  -  YEAR-TO-DATE | | | |

```
          CURRENT PAY RATE     20.80
HOLIDAY   20.800         4.00         83.20
TOTAL HOURS WORKED      0.00
CURRENT TOTALS                        83.20
Y-T-D TOTALS           24.60        511.68
```

```
                         TAXES
FICA                       5.15         31.72
FICA MEDICARE              1.21          7.42
CT FAM LV TAX             0.42          2.56
    TOTALS                6.78
```

```
                      DEDUCTIONS
UNIONDUE                 53.00         53.00
    TOTALS               53.00
```

Hardly work because
of the mental stress
and anxiety was
not fit to perform
Lost wages!

VAC  0.00  W    OPD  0.00  H               OTH  8.00  H

Wilfred-Jr:Rivera
P.o. box 260222 Hartford CT 06126
To: MANAGEMENT SERVICES INCORPORATED.
P.O BOX 1099 LANGHORNE PA 19047


To who it concerns.

MANAGENEBT SERVICES INCORPORATED has responded to my CFPB complaint stating that they have NOT attempted to collect any debt and that they disagree with my claims on their violations under the FDCPA. MANAGENEBT SERVICES INCORPORATED according to their response has removed themselves from liability under the violations of the FDCPA which they remain liable to pay remedy under 15 USC 1692k. Notice it is a fact MANAGENEBT SERVICES INCORPORATED has sent a letter REQUESTING PAYMENT OF AN ALLEGED DEBT even tho they state they have not attempted to collect any debt. MANAGENEBT SERVICES INCORPORATED has violated multiple federal laws under FDCPA and has been put on notice by AFFIDAVIT and demanded under 15 USC 1692g to validate the alleged debt to which they state they will no longer attempt to collect which leads me to believe this was an attempt to make an extortionate extension of credit by trying to collect money on a CONSUMER FINANCE CHARGE which is a violation under 18 USC 892 and is in fact committing RAKETEERING which is a violation under 18 U.S. Code 1962 -**RICO**. MANAGENEBT SERVICES INCORPORATED is here by put on NOTICE of Federal Violations Under the FDCPA and under RAKETEERING for attempting to collect money by obscene matters and attempting to make an extortionate extension of credit and has lied in their response stating they have not attempted to do so but in fact have done so as shown in EXHIBIT A. I am willing to settle this matter IN GOOD FAITH if MANAGENEBT SERVICES INCORPORATED pays I the consumer by cashiers check only in the amount of $20,000 to address P.o box 260222 Hartford CT 06126 for the violations under the FDCPA under 15 USC 1692k and for showing lack of regard and respect to I the consumer and Consumer Financial Protection Bureau by lying.


CFPB  Complaint # & Response- 221123-9812522

("Thank you for submitting your concerns and providing us an opportunity to respond. On November 5, 2022, Bank of America, N.A (Bank of America) placed your account with NCB Management Services Inc (NCB) for collections. NCB respectfully disagrees with the allegations contained in your compliant. On November 8, 2022, NCB mailed you our initial letter notifying that your account had been placed with NCB for collection. We can confirm that NCB did not purchase your account, and as a servicer, has never credit reported this account to a credit reporting agency. On November 15, 2022, Bank of America notified NCB they had received your request for validation documents for this account. In response to that notification, on November 16, 2022, NCB immediately placed your file on hold and ceased all collection activity while we waited for Bank of America to respond to your request and provide us with further directions. This complaint was received by NCB on November 23, 2022 while the account was on hold and was the first request for debt validation you had communicated directly to NCB. On the same day the complaint was received, NCB notified Bank of America of your complaint and continued to observe the cease on collection activity. On November 25, 2022, your account was returned to Bank of America and closed in our offices. NCB is no longer servicing your account. Bank of America will respond directly to your debt validation request as NCB is no longer servicing your account.")


I am willing to settle this matter IN GOOD FAITH if MANAGENEBT SERVICES INCORPORATED pays I the consumer by cashiers check only in the amount of $20,000 to address P.o box 260222 Hartford CT 06126


MANAGENEBT SERVICES INCORPORATED you have **7 days** after receiving this notice to respond. I really hope you act IN GOOD FAITH and do what is right. Close record of our communication will be kept in case matters should escalate to Litigation. Hope this letter finds you well.

**Wilfred-Jr: Rivera**

# INVOICE
#777

Bill To MANAGEMENT SERVICES INCORPORATED.

Date:    November 21, 2022

Payment Terms: Pay within a timely manner

**Balance Due:**    **$20,000.00**

| Item | Quantity | Rate | Amount |
|---|---|---|---|
| **Payment To Settle In Good Faith  For Federal Violations** | 1 | $20,000.00 | $20,000.00 |

|  |  |
|---|---|
| Subtotal: | $20,000.00 |
| Tax (0%): | $0.00 |
| Total: | $20,000.00 |

Notes:

Willing to settle this matter quickly between I and MANAGEMENT SERVICES INCORPORATED.

Terms:

**Pay by cashiers check to address given in the direction letter.**

*Tried to settle In Good Faith*

**SENDER:** *COMPLETE THIS SECTION*

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Management Services
Incorporation
P.O box 1099 Langhorne PA
19047

9590 9402 7513 2098 7584 94

2. Article Number *(Transfer from service label)*

7021 2720 0002 3983 8651

*COMPLETE THIS SECTION ON DELIVERY*

A. Signature

☒ Agent
☐ Addressee

B. Received by *(Printed Name)*    C. Date of Delivery
11-28-22

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
  nsured Mail Restricted Delivery
  over $500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053    Domestic Return Receipt



**N C B Management Services Incorporated**

PO Box 1099
Langhorne, PA 19047
800-828-1110 ext. 1495
www.ncbi.com

Mon-Thur: 8am-7pm | Fri: 8am-5pm Eastern

December 22, 2022

WILFRED J RIVERA
PO BOX 260222
HARTFORD, CT 06126-0222

Account No.: XXXXXXXXXXXXX0101
NCB File No.: 1010373322
Creditor: Bank of America, N.A.

Dear Wilfred J Rivera,

We very much encourage customers to share any concerns with us and I thank you for your feedback. Please be advised that the file placed with our office has been closed and returned to our client. *??? if there is legal authority and debt to collect them why return account ???*

Should you have any further questions or concerns please contact Bank of America card at 866-500-5594. Per your request you will receive no further contact from our office in connection with this matter.

This communication is from a debt collector.

Sincerely,

Iribeliz Schaffer-Rodriguez
VP of Compliance & Quality Assurance
800-828-1110 x 1495

*[handwritten vertical note in left margin]: Client means business that conducts business... Client means business that conducts Business*

Wilfred-Jr:Rivera
P.O.Box260222
Hartford CT 06126                                                                                                01/08/2023
To MANAGEMENT SERVICES INCORPORATED.aka NCB
P.O BOX 1099 LANGHORNE PA 19047. Attention CFO : Mike Johnson


NCB has committed multiple Federal Violations under the F.D.C.P.A as shown in the previews forms of communication one including a violation under 15 USC 1692g. Notice it is a fact under 15 USC 1692a6) which states "debt collector" means **any** person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another. Notwithstanding the exclusion provided by clause (F) of the last sentence of this paragraph, the term includes any creditor who, in the process of collecting his own debts, uses any name other than his own which would indicate that a third person is collecting or attempting to collect such debts. For the purpose of section 1692f(6) of this title, such term also includes any person who uses any instrumentality of interstate commerce or the mails in any business the principal purpose of which is the enforcement of security interests - NCB is in fact a DEBT COLLECTOR falling in the Jurisdiction of the FDCPA. NCB has been demanded to validate the alleged debt they have tried to collect under 15 USC 1692g and has FAILED to provide the requested information. NCB has instead removed themselves from liablity and claim they have never attempted to collect on any debt and will not collect on any debt but that is false as shown on the debt collector communication with I the consumer. NCB has had 30 days to validate the alleged debt ACCORDINGLY to the FDCPA and have FAILED to do so and have ONLY ceased their collection attemps. NCB according to their response has TERMINATED there collection association with their claimed "CLIENT" BANK OF AMERICA for reasons i am not sure of and have attempted to removed themselves from any debt collection liabilities after violating the FDCPA. NCB has violated multiple Federal Laws under the FDCPA which they are liable for remedy under 15 USC 1692k. I have tried to settle the matter IN GOOD FAITH and I feel like NCB has **no respect and regard to Federal Law and I the consumer** and in fact has not conducted themselves IN GOOD FAITH to settle the matter for the violations they have committed. NCB has stated have violated my federal right to privacy and have no contract with I Wilfred-Jr:Rivera and or CONSENT to acquire my IDENTIFYING INFORMATION and contact me and attempt to collect an alleged debt in which they have FAILED TO VALIDATE ACCORDINGLY. NCB in fact has made attempted to make an extortionate extension of credit by trying to collect money on a CONSUMER FINANCE CHARGE which is a violation under **18 USC 892** and is in fact committing RAKETEERING which is a violation under **18 U.S. Code 1962 -RICO**. I want and am willing to settle this matter before it escalates to litigation and am attempting a FINAL attempt to do so. if NCB is willing to act IN GOOD FAITH and in respect to the FDCPA and I consumer and settle the matter with full payment of $20,000 payable by cashiers check to the address P.O box 260222 Hartford CT 06126 for violations under the FDCPA under 15 USC 1692k this matter would be settled and done with and both parties may move on. NCB has 7 days after receiving this notice and returning the certified return slip to settle the matter IN GOOD FAITH or, continue to show no regard and respect to the consumer and FDCPA. Close record of our communication will be kept if matters should escalate to litigation if NCB continues misconduct behaves in BAD FAITH.


I really hope you do what is right and settle this matter IN GOOD FAITH.


Hope this notice finds you well.


2nd attempt to settle In Good Faith before court

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

P. o box 1099 Langhorne PA
19047

NCB - CFO - Mike Johson

9590 9402 7514 2098 2906 03

2. Article Number (Transfer from service label)

7021 2720 0002 3992 9427

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent
☐ Addressee

B. Received by (Printed Name)     C. Date of Delivery
Steel Air     1-17-23

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

LANGHORNE PA 19047
JAN 17 2023
USPS

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery (over $500)
☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053     Domestic Return Receipt