# AMENDED COMPLAINT TO CASE 23 cv 00221 - RIVERA v NCB MANAGEMENT

Notice to all, I am that I am, the Federal protected consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/ given name Wilfred Rivera Jr in accordance with 15 U.S.Code §1692a(3).

NCB MANAGEMENT is a debt collector by definition which the Second Circuit has interpreted the FDCPA's definition of "debt collector" to include an entity that attempts to collect debts in default and does not "service" the debt, even though it nominally owns the debt and is collecting it for itself. see Alibrandi v. Fin. Outsourcing Servs., Inc., 333 F.3d 82, 83-85 (2d Cir. 2003) (citing 15 U.S.C. § 1692a(6)(F)(iii). Notice it is a fact, NCB MANAGEMENT business practices fall under the jurisdiction of the FDCPA and has in fact violated several of the provisions under the FDCPA on three counts per violation. NCB MANAGEMENT is in the business of purchasing consumer identifying information from creditors via a Forward Flow Agreement in attempts to furnish a account in their data base of the consumer for the purpose of coercing re-payment on alleged debts.

Notice it is a fact NCB MANAGEMENT in the year 2022 has committed violations under the FDCPA attempting to communicate with me in regards to consumer debts ending in 0101 via the mail in attempts coerce repayment on an extension of credit where a Finance Charge (15 USC 1605 - sum of all charges) was conducted using my credit card (15 USC 1602 - credit card definition) to create an open ended credit plan between I and BANK OF AMERICA where the application became the securitized negotiable instrument value for value for the exchange in credit . see Tittle 15 USC 1691a (Definition of credit, creditor and person see also 12 USC 1431 for banks do not have the power to lend their own credits nor depository "money" BUT to BORROW) see also Federal Reserve Act Sec. 16 see also UCC 3-104a. BANK OF AMERICA simply received an assignment. see 15 USC 1692a(4). BANK OF AMERICA is the assignee of the original creditor see 15 USC 1691a Definitions, see also .'" Goodwin v. Flagstar Bank, No. 1:19-cv-859, 2019 U.S. Dist. LEXIS 225173, at *7 (W.D. Mich. Dec. 23, 2019)(quoting Marvin v. Capital One, 2016 U.S. Dist. LEXIS 117344, 2016 WL 4548382 at *4 (W.D. Mich., Aug. 16, 2016)) (citations omitted). See also, Johnson v. Deutsche Bank Nat'l Tr. Co., No. 09-21246-CIV, 2009 U.S. Dist. LEXIS 84092, at *3 (S.D. Fla. June 30, 2009). see also See Rodriguez v. Countrywide Home Loans, Inc., No. 08-23119-CIV, 2008 U.S. Dist. LEXIS 110010, at *4 (S.D. Fla. Dec. 29, 2008) (noting the vapor money [*9] theory holds that payments for economic obligations cannot be made by check or other similar instruments as they are illegal and do not create a legally cognizable debt.) "The essence of the vapor money' theory is that the promissory notes (and similar instruments) are the equivalent of 'money' that citizens literally ' create' with their signatures." McLaughlin v. CitiMortgage, Inc., 726 F. Supp. 2d 201, 212 (D. Conn.2010) (citation omitted). .(see United States v. Annerino see also Perry v. United States) (Shaw v. U.S.). Tittle 28 USC 3002 & 18 USC 8 & HJR 192, 1933 aka PUBLIC LAW 73-10 apply. What money did BANK OF AMERICA lend to me that I later then defaulted on resulting NCB purchasing my PRIVATE consumer information without notifying me prior of so as required under the FDCPA in order to HARASS and ABUSE me to attempt to coerce RE-payment on through an obscene extortionate extension of credit via USPS mail ? ? (18 USC 892 & 18 USC 1962 apply) see Merchant Bank v, Baird 160 F 642. A federal reserve note is nothing more but a promise to pay see Fidelity Saving Bank v Grimes, 131 P 2d 894. And even if I unknowingly did pay NCB on a unlawful debt a debt is not paid by the giving of a note. see Nolan Co. v Maryland Causality, 38F. Supp. 479 see also Bowen v Needles NAT. BANK, 94 F 925 36 CCA 553.

**"The money of the sovereign is his credit, he is the wealth for which no substance on earth can establish a value for."- Maxim in Law**

NCB MANAGEMENT have attempted to collect money in commerce on alleged consumer debts ending in 0101 in direct violation under the Fair Debt Collection Practice Act. NCB MANAGEMENT have acquired my PRIVATE personal identifying information like name, social and address without prior consent to coerce repayment on unlawful debt through the mail. Notice it is fact NCB MANAGEMENT has been demanded to validate the alleged debt account ending in 0101 by providing

1. Original contract with the wet signature of the principle
2. The complete accounting ledger
3. Proof of a lien via UCC-11 on the property
4. All the material disclosures
5. The copy of the proof of Identity that was used as satisfactory evidence(current document issued by a federal, or state agency bearing the photo graphic image of the individuals face and either the signature or a physical description of the individual).

Notice it is fact NCB has NOT PROVIDED ANY OF THE INFORMATION REQUESTED. Under 15 USC 1692g NCB must provide the name of the original creditor to properly validate a debt. Notice it is fact Notice it is fact NCB has erroneously claimed BANK OF AMERICA as the "ORIGINAL CREDITOR" and not I the Natural Person as defined under 15 USC 1691a(e)(f). Congress **clearly and conspicuously** states under this provision :

### 15 U.S. Code § 1691a - Definitions; rules of construction

(e) The term "creditor" means **any person** who regularly extends, renews, or continues credit; any person who regularly arranges for the extension, renewal, or continuation of credit; or any assignee of an original creditor who participates in the decision to extend, renew, or continue credit.

(f) The term "person" means **a natural person,** a corporation, government or governmental subdivision or agency, trust, estate, partnership, cooperative, or association.

Notice it is fact as I have already stated, I the natural man and consumer am the original creditor and BANK OF AMERICA is the assignee of an original creditor. Hence NCB failed in its STRICT FDCPA requirement under 15 USC 1692g to validate any lawful debt, the alleged debt they claimed was owed to them is in fact **UNLAWFUL** Notice it is fact NCB have failed to properly validate ANY debt accordingly under 15 USC 1692g and have not provided any of the lawful documentation requested that would show evidence of any lawful debt to be collected on and any obligation to repay on to NCB. Instead they have attempted to verify a debt by sending alleged statements and then state they returned the account see Pacific Concrete F.C.U. v. Kaunanoe 62 HAW 334,614 P.2d936(1980). NCB verification goes against the definition of verification under BLACK's LAw 6th Edition and 12 CFR 1006.34. Notice it is fact that NCB is an organized entity with levels of management and employees who performs the sole purpose of collecting money in commerce on unlawful debt and have attempted to do so via USPS mail committing mail fraud in the process which have caused me financial harm due to lose of wages. Tittle 18 USC 892 & 18 USC 1962 apply see . Schmuck v. United States, 489 U.S. 705, 714-15 (1989). see also First Capital Asset Mgmt., Inc. v. Satinwood, Inc., 385 F.3d 159, 173 (2d Cir. 2004) (quoting United States v. Turkette, 452 U.S. 576, 583 (1981). see also Wilson v. Nw. Mut. Ins. Co., 625 F.3d 54, 64 (2d Cir. 2010) (citing Oswego Laborers' Local 214 Pension Fund v. Marine Midland Bank, N.A., 85 N.Y.2d 20, 24-27 (1995) see also Townsend v. Nat'l Arbitration Forum, Inc.

Notice it is a fact NCB is in FEDERAL violation under Tittle 15 USC 1692a for violating my federally protected RIGHT TO PRIVACY by obtaining my non - public identifying information without permissible purpose and consent.

How? - Because I have a right to privacy under "THE PRIVACY ACT OF 1974" and that is why Financial Institutions like NCB have a strict responsibility to maintain security and respect in regards to a consumers right to privacy as stated under the FDCPA, not abuse it and obtain their private information to create false and deceptive forms to give the impression they lawfully owe a debt to NCB and mislead consumers to REpay or else. I did not give NCB any consent to go on ahead and acquire my name, my address, my social to create a false account in their data for the purpose of coercing and collecting money in commerce on unlawful debt.

Notice, it is a fact, NCB is in a violation under **15 USC 1692b(2)** which states Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall—(2) not state that such consumer owes any debt;

**How?** NCB would have had to communicate with BANK OF AMERICA in regards to a debt to buy the account and attempt to collect repayment on an extension of credit. Notice it is fact the definition of Affiliate is a party with ownership or partial ownership of the business. BANL OF AMERICA does not own or partially owns NCB there for BANK OF AMERICA is a non affiliated third party in fact that NCB reached out to in communication about a alleged for sale and who have contracted with each other via a Forward Flow Agreement.

Notice, it is a fact, that NCB claims the collection of the alleged debt is on behalf of BANK OF AMERICA but their dunning letter shows the name NCB which is false and deceptive therefor a violation of **15 USC 1692e** see Clomon v. Jackson.

**How?** Because NCB is a debt collector in collection of money for itself but is using the name BANK OF AMERICA to coerce me to make payments under the impression it is towards BANK OF AMERICA who I allegedly owe to, but in fact it is for NCB and their bank account. A debt collection practice can be a "false, deceptive, or misleading" practice in violation of 1692e even if it does not fall within any of the subsections of 1692e. A single violation of 1692e is sufficient to establish civil liability under the FDCPA. See 15 U.S.C. 1692k (establishing civil liability for "any debt collector who fails to comply with any provision of this subchapter").

**Section 1692e applies even when a false representation was unintentional see Gearing v. Check Brokerage Corp. The FDCPA is a strict liability statute and a consumer only has to prove one violation totrigger liability. see Spencer, 81 F. Supp. 2d at 590-91.**

Notice, it is a fact, affiant is aware, there has been fraud found in this form shown in EXHIBIT A because it claims there is an alleged debt owed but the amount is represented in the positive leading me to believe I am receiving a check. This form is therefore false and deceptive, void documentation and a violation of **15 USC 1692e(2)(A)** by NCB

**How?** (1) I stated earlier in the complaint the alleged debt arose out of a finance charge (credits) where all sums where included and credits where exchanged and reimbursed to me in the form of a credit limit.
(2) What "money" is there in this matter that was lended and purchased by and lawfully owed to NCB? If an amount is really owed like when a checking account is over drawn, the balance is represented in the negative so since NCB is claiming their is a debt owed the amount should be represented in the negative but it is shown as positive balance leading me to believe I am receiving a check and it is confusing.

Notice it is a fact NCB is in federal violation under 15 USC 1692f(1) for in fact attempting to collect on a consumer alleged debt without any lawful contract between I and NCB.

How? No Contract No Debt obligation. Where is the Contract between I and NCB that created the obligation to pay NCB as a debt collector with two wet signatures and mutual consideration?

Notice it is a fact NCB is in federal violation under **15 USC 1692e(10)** which states "The use of any false representation or deceptive means to collect or attempt to collect any debt or to obtain information concerning a consumer." NCB has used a deceptive form to coerce Re-payment on a unlawful debt from me as well as my information to furnish an account in their data base without prior consent or notice
**How?** (1) There is NO lawful debt where an obligation to pay is required in this matter, (2) NCB has used the mail system to send letters misleading me to believe there is a lawful debt owed to NCB and to make payemnts towards NCB who alleges is a innocent messenger for BANK OF AMERICA when they are not. This is deceptive, fraud and misleading in fact.

Notice it is a fact NCB is in federal violation under 15 USC 1692e (12) which states "The false representation or implication that accounts have been turned over to innocent purchasers for value." NCB has attempting to coerce Re-payment from me in the name of BANK OF AMERICA when in FACT they are a debt collector who has PURCHASED my information via a FORWARD FLOW AGREEMENT to collect money on for themselves see Sykes v. Mel Harris & Associates, LLC

Notice it is a fact NCB is in federal violation under 15 USC 1692e (14) which states "The use of any business, company, or organization name other than the true name of the debt collector's business, company, or organization." NCB has purchased an account via a FORWARD FLOW AGREEMENT in attempts to collect repayment on an unlawful debt via mail fraud using the name "BANK OF AMERICA" which is not its primary business name see Schmuck v. United States, 489 U.S. 705, 714-15 (1989)

Notice it is a fact NCB is in federal violation under **15 USC 1692e (16)** which states "The false representation or implication that a debt collector operates or is employed by a consumer reporting agency as defined by section 1681a(f) of this title." NCB has given the impression that it is employed by BANK OF AMERICA and is collecting on a debt on their behalf when in fact NCB is a debt collector in business for themselves and have only done business with said party via a FORWARD FLOW AGREEMENT as BANK OF AMERICA is a non affiliated third party.

> **How?** Definition of a consumer reporting agency: The term "consumer reporting agency" means any person which, for monetary fees, dues, or on cooperative nonprofit basis, regularly engages in whole or in part in the practice of assembling or evaluating consumer credit information or other information on consumers for the purpose of furnishing consumer reports to third parties, and which uses any means or facility of interstate commerce for the purpose of preparing or furnishing consumer reports.

" BANK OF AMERICA" by definition is in fact a consumer reporting agency and NCB is the third party to BANK OF AMERICA

Notice it is a fact NCB is in violation under 15 USC 1692j for creating false and deceptive forms for the sole purpose of coercing repayment on unlawful debt.

**How? (1)** Once again there is no lawful debt in the matter so what are the dunning letters about? (2) NCB has furnished a form with my name and address that stated I owed a debt using BANK OF AMERICA as a facade to coerce repayment when in fact there is no lawful debt owed nor an obligation by contract where a wet signature occurred between I and NCB. Examples of conduct that other courts of appeals have deemed deceptive include impersonating a public official, see Goswami v. American Collections Enterprise, 395 F.3d 225, 226 (5th Cir. 2004), falsely representing that unpaid debts will be referred to an attorney, United States v. National Financial Services, 98 F.3d 131, 138-39 (4th Cir. 1996), and misrepresenting the mount of the debt owed, Kojetin v. C U Recovery, Inc., 212 F.3d 1318 (8th Cir. 2000).

Notice it is fact NCB is in violation under 15 USC 1692d(2) per word (26) which states "A debt collector may not engage in any conduct the natural consequence of which is to harass, oppress, or abuse any person in connection with the collection of a debt (2) The use of obscene or profane language or language the natural consequence of which is to abuse the hearer or reader.

Notice it is fact if I grow up in a house hold where I am taught that Debt is profane and obscene then it is fact that the word Debt to me is profane and obscene and offinsive. Notice it is fact that Congress within the law at Cornell Law Online defines all words for consumers to understand in blue. Notice it is fact Congress does not make the word profane for a consumer clickable for a description because profane is **SUBJECTIVE** just as someones beauty would be on the beholder. No court can deem what is profane and obscene language to a natural person with emotions. Can a court tell me what Love feels like? Can a court tell me what Sex feels like? Can a court tell me what utter Depression feels like? Can a court tell me what Anger feels like? **NO** because it is all SUBJECTIVE. I the natural man deem the language by NCB obscene and profane in fact.

Notice it is a fact NCB is in violation under 15 USC 1692c (a) which states a debt collector "needs prior consent from either the court or the consumer before communication with the collection of any debt." The law is clear and direct. Where is the court order or consent from me to NCB to communicate with me at any time about an alleged debt ? **ALL TIME IS INCONVINIENT FOR ME TO HARASS ME ABOUT A UNLAWFUL DEBT. I DO NOT KNOW NCB TO HAVE THEM ASSEMBLE MY INFORMATION TO CONTACT AND VIOLATE ME AND CAUSE ME HARM.**

Notice it is a fact I am aware the debt collector, NCB cannot communicate with anyone other than the consumer, the natural person, in connection with 15 U.S.C 1692a(3) or an attorney or consumer reporting agency as permitted by law. However the debt collector, NCB has communicated with the all caps name principal obligor, WILFRED RIVERA JR and has always referred to my principal obligor and not myself the agent, natural person and consumer in fact. This is a violation of 15 U.S.C 1692c(b)

Notice it is a fact NCB is in violation under 15 USC 1692e(11) for that NCB as a debt collector, has not conveyed the miranda as exactly as required under FDCPA and thus is a violation of 15 USC 1692e(11)

How? They stated "We are trying to collect a debt you owe to BANK OF AMERICA. We will use any information you give to collect a debt". That is not the exact phrase that is required to be stated under this provision. The law is clear and direct.

Notice, it is a fact, affiant is aware pursuant to 15 USC 1692k(a)(1) allows civil liability rewards for any damages, which may include stress, harassment, anxiety, mental anguish, and other damages all caused by violations of FDCPA due to NCB abusive and deceptive business practices. Notice it is a fact GATESSTONES deceptive and abusive practices have caused mental anguish, anxiety attacks, depression and lose of wages due to the inability to perform accordingly in work duties.

Notice, it is a fact, 15 USC 1692k(a)(2)(A) states an individual action is a violation worth 1000 dollars for proceeding, however understand 15 USC 1692k(a) (1) these violations has caused actual damages to me.

   15 USC 1692a
- 15 U.S.Code 1692b(2)
- 15 U.S.Code 1692e
- 15 USC 1692e(2)(A)
- 15 USC 1692f(1)
- 15 USC 1692g
- 15 USC 1692e(10)
- 15 USC 1692e (12)
- 15 USC 1692e (14)
- 15 USC 1692e (16)
- 15 USC 1692j
- 15 USC 1692d(2) (26 words)
- 15 USC 1692c (a)
- 15 U.S.C 1692c(b)
  .
  - $ 45,000 for lose of wages due to mental stress, mental anguish, mental fatigue, mental distress, lost of sleep, lost of my pursuit of happiness as described under the constitution, lost of ambition and motivation to do anything that has impacted my way of life, house hold, family, friends and everyday life.

**Total Damages Seeking Under The FDCPA = $85,000**

Notice, it is a fact, in accordance with 15 USC 1692c(d), I, the affiant, consumer in fact, is invoking their administrator and executor status over this matter and is of the age of majority. It is also a fact NCB is a corporation and is always considered a minor. Corporations who are considered minors have no legal standing or jurisdiction.

Notice, it is a fact, affiant is aware, under 15 USC 1692k(d) I, the affiant am invoking my jurisdiction and will administer judgement over this matter in accordance with to 15 USC 1692c(d). I, the creditor in fact in accordance with 15 USC 1692a(4) see also 15 USC 1691a definitions, will declare default judgement in favor of I, the affiant due to NCB failure to rebut the affidavit and their failure to bring a proof of claim in this administrative audit.

Notice it is a fact it appears the court has overlooked the fact that NCB was expressed a AFFIDAVIT OF TRUTH on 11/22/22 expressing all the violations they have committed under the FDCPA and was given until 12/20/22 to rebut accordingly and in fact have failed to do so. An AFFIDAVIT uncontested unrebutted unanswered stands as **TRUTH IN COMMERCE** as stated under the **10 Maxims Of Law.**

**[United States v. Kis,658 F.2nd 526,536( 7th Cir. 1981); Cert Denied, 50 U.S L.W 2169; S Ct March 22, 1982 1982]. An affidavit uncontested unrebutted unanswered, Morris v National Cash Register, 44 S.W. 2d 433 Morris v National Cash Register, 44 S.W. 2d 433, clearly states at point #4 that "uncontested allegations in affidavit must be accepted as TRUE.**

Wilfred-Jr:Rivera
P.O.Box260222
Hartford CT 06126

To: MANAGEMENT SERVICES INCORPORATED.
P.O BOX 1099 LANGHORNE PA 19047

# NOTICE OF AFFIDAVIT OF TRUTH

Notice to all, I am that I am, the Federal protected consumer in fact, natural person, original creditor, lender, executor, administrator, holder in due course for any and all derivatives thereof for the surname/given name Wilfred-Jr:Rivera in accordance with 15 U.S.Code §1692a(3). and I have been appointed and accept being the executer both public and private for all matters proceeding, and I hereby claim that I will d/b/a Wilfred -Jr: Rivera and autograph as the agent, attorney in fact, so be it. Notice, it is a fact, pursuant to 15 U.S.Code § 1692a(4), the term creditor means any person who extends credit creating the debt.

Notice it is a fact, MANAGEMENT SERVICES INCORPORATED.. is a "debt collector" by the legal definition. Pursuant to 15 U.S.Code § 1692(a)(6), a debt collector is any person who uses instrumentality of interstate commerce, such as the mails, in any business which the principal purpose is the collection of any debts, or who regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

Notice it is a fact MANAGEMENT SERVICES INCORPORATED. is in FEDERAL violation under Tittle 15 USC 1692a for violating my federally protected RIGHT TO PRIVACY by obtaining my non-public identifying information without PERMISSBILE PURPOSE AND CONSENT as proven in EXHIBIT A.

Notice it is a fact MANAGEMENT SERVICES INCORPORATED. is in FEDERAL violation under Tittle 12 CFR 1002 for violating my federally protected to RIGHT TO PRIVACY by obtaining my non-public identifying information without PERMISSBILE PURPOSE AND CONSENT as proven in EXHIBIT A.

Notice, it is a fact, I, the affiant, is a aware according to tittle 28 USC 30021 v MANAGEMENT SERVICES INCORPORATED. is not a US Attorney or designated to act on behalf of or a Federal Entity and under tittle 31 section 3718 MANAGEMENT SERVICES INCORPORATED. must have legal license that proves the authority to collect on a debt on behalf of the UNITED STATES.

Notice, it is a fact, MANAGEMENT SERVICES INCORPORATED. is in FEDERAL violation under Tittle 15 USC 1644 for fraudulent use of my credit card which is defined under tittle 15 USC
1602 without my consent and permissible purpose which is fined for no less than $10,000 or imprisoned no more than 10 years as shown in EXHIBIT A.

Notice, it is a fact, I, the affiant was told, I owed an alleged debt proven by EXHIBIT A This is a violation of 15 U.S.Code § 1692b(2) which states Any debt collector communicating with any person other than the consumer for the purpose of acquiring location information about the consumer shall—(2) not state that such consumer owes any debt;

Notice, it is a fact, affiant has proof in EXHIBIT A with reason to believe and do so believe that MANAGEMENT SERVICES INCORPORATED. is stating the collection of the alleged debt is on behalf of BANK OF AMERICA but the letter shows pay to MANAGEMENT SERVICES INCORPORATED. which is false and deceptive therefor a violation of 15 U.S.Code § 1692e(10).

Notice, it is a fact, affiant is aware, there has been fraud found in this form shown in EXHIBIT A because it claims there is an alleged debt owed but the amount is represented in the positive leading me to believe I am receiving a check. This form is therefore false and deceptive, void documentation and a violation of 15 U.S.Code § 1692j by MANAGEMENT SERVICES INCORPORATED.

Notice, it is a fact, affiant is aware, there has been fraud found in this form shown in EXHIBIT A because it claims there is an alleged debt owed but the amount is represented in the positive leading me to believe I am receiving a check. This form is therefore false and deceptive, void documentation and a violation of 15 U.S.Code § 1692e(a) by MANAGEMENT SERVICES INCORPORATED.

Notice, it is a fact, affiant has proof in EXHIBIT A with reason to believe and do so believe that MANAGEMENT SERVICES INCORPORATED. is stating the collection of the alleged debt is on behalf of BANK OF AMERICA ut the letter shows pay to MANAGEMENT SERVICES INCORPORATED. which is false and deceptive therefor a violation of 15 U.S.Code § 1692j.

Notice it is a fact, MANAGEMENT SERVICES INCORPORATED. is in willful FEDERAL violation according to 15 USC 1611. as shown in EXHIBIT A they state and have reference to the CFPB Federal laws so there for shall have competency of said laws and yet willfully Federally violate me in numerous counts.

Notice it is a fact, MANAGEMENT SERVICES INCORPORATED. is liable for damages under Tittle 15 UAS 1640 - 15 USC 1611 - 15 USC 1644 - 15 USC 1692k and 15 USC 1681n - 12 CFR 1002.

MANAGEMENT SERVICES INCORPORATED. you have until 12/20/22 to rebut this Affidavit line by line and failure to do so will result in default and as this Affidavit being True in full faith under the one and only most high of creation, whoever that may be.

Affirmed and subscribed before me this ____ day of November 2022 in Hartford County, State of Connecticut.

Commission Date _____ **Desiree D. Biggs**   Seal
Notary Public
My Commission Expires