**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| WILFRED RIVERA, JR. | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CASE NO. 3:23-CV-00221 (MPS) |
| | : | |
| NCB MANAGEMENT SERVICES | | |
| INCORPORATED and | : | |
| BANK OF AMERICA , | : | |
| Defendants. | : | |

## <u>JUDGMENT</u>

This action having come before the Court for consideration before the Honorable

Michael P. Shea, United States District Judge; and

The Court having considered the full record of the case including applicable

principles of law, and having entered an order on July 24, 2025 dismissing claims

against Defendant Bank of America without prejudice and,

The Court having previously granted motion for summary judgment on June 18,

2025 in favor of Defendant, NCB Management Services Incorporated; it is hereby,

ORDERED, ADJUDGED and DECREED that judgment be and is hereby entered

in favor of the NCB Management Services and the case is closed.

Dated at Hartford, Connecticut, this 28th day of July, 2025.

DINAH MILTON KINNEY, Clerk

By: <u>/s/ Christina Sichanh</u>
Deputy Clerk

EOD: 7/28/2025